# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

GREGORY DON CLAUDE

NO. 2025 KW 1026

**DECEMBER 30, 2025**

---

In Re:   Gregory Don Claude, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 1803-F-2025.

---

**BEFORE:   LANIER, WOLFE, AND HESTER, JJ.**

**WRIT DENIED.**

WIL
EW
CHH

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT